IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:08CR105 |
| vs. | ) | ORDER |
| JOSEPH W. HOFLER, JOSEPH M. HOFLER, THOMAS A. NEW, JASON M. CODR, ANDREW T. SMALLRIDGE, STEVEN A. JONES, ARTHUR W. JONES, FRED M. HUFFMAN, IVAN J. HICKS, and CATHERINE A. THOMAS, | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for an extension of time by defendants Arthur W. Jones (Filing No. 121) and Steven A. Jones (Filing No. 124). Counsel for both defendants represent to the court that the defendants consent to the motions and will file an affidavit wherein they consent to the motion and acknowledge they understand the additional time may be excludable time for the purposes of the Speedy Trial Act. The motions will be granted and the pretrial motion deadline **will be extended as to all defendants.**

**IT IS ORDERED:**

The motions to extend by the defendants Arthur W. Jones and Steven A. Jones (Filing Nos. 121 and 124) are granted. **The pretrial motion deadline for all defendants is extended to June 30, 2008.** The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 5, 2008 and June 30, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge